WMC

FILED
07 DEC 10 AM 10: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Octavio MEDINA-Ceja,**<br><br>Defendant | Magistrate Docket No. '07 MJ 2853<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **December 9, 2007** within the Southern District of California, defendant, **Octavio MEDINA-Ceja,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10TH** DAY OF **DECEMBER, 2007**

[signature]
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

WMC

**CONTINUATION OF COMPLAINT:**
**Octavio MEDINA-Ceja**

## PROBABLE CAUSE STATEMENT

On December 9, 2007, at approximately 2:35 A.M., Border Patrol Agent O'Neill was performing line watch duties near an area known as the Tree Farm. This area is approximately two miles west of the San Ysidro, California, Port of Entry and is approximately 400 yards north of the United States/Mexico International Boundary Fence.

Border Patrol dispatch advised Agent O'Neill of a seismic intrusion activation. Agent O'Neill responded to the location and found an individual, who was later identified as the defendant **Octavio MEDINA-Ceja,** lying down. Agent O'Neill identified himself as a United States Border Patrol Agent and questioned the defendant as to his country of citizenship and nationality. The defendant freely admitted that he was a citizen and national of Mexico and that he possessed no immigration documentation permitting him to enter or remain in the United States legally. Agent O'Neill arrested the defendant and subsequently had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 16, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was willing to answer questions without an attorney present after being advised of his Miranda rights. Once again the defendant admits to being a citizen and national of Mexico without any documents that would allow him to enter or remain in the United States legally.